# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

Clifford W. Taylor,
Chief Justice

131473 & (20)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                            SC: 131473
                                            COA: 266745
                                            Wayne CC: 01-005307-01;

DAMON D. HUDSON,
       Defendant-Appellant.
                                            01-005578-01

_____/

       On order of the Court, the application for leave to appeal the June 9, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

_____
Clerk

d0319